JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANNABELLE TORRES,<br><br>        Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No.  CV13-6332 GAF (JCx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter is dismissed with prejudice against all parties.  Each party is to bear her and its own attorneys' fees and costs.

DATED:  June 4, 2014        _____
                                                HON. GARY A. FEESS
                                                UNITED STATES DISTRICT JUDGE

**JS-6**